UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-80534-RS

HOWARD COHAN,

    Plaintiff,

v.

SF MARKETS, LLC,
a Foreign Limited Liability Company
d/b/a SPROUTS FARMERS MARKET

    Defendant.
_____/

### ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [DE 11]. Accordingly, it is hereby,

**ORDERED** that:

1. This matter is **DISMISSED with prejudice**

2. All pending motions are **DENIED as moot.**

3. Each party shall bear its own attorneys' fees and costs.

4. This case is **CLOSED.**

DONE and ORDERED in Fort Lauderdale, Florida, this 4th day of August, 2022.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    All Counsel of Record